IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HEARTLAND CATFISH COMPANY, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 15-368-CG-M ) |
| NAVIGATORS SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Court's order entered May 15, 2017 (Doc. 151), which granted Defendant's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendant, **Navigators Specialty Insurance Company**, and against Plaintiffs, **Heartland Catfish Company, Inc., Greenworks Holdings, L.L.C., SmarterFuel, Inc.**, and **SmarterFuel South, L.L.C.**, and this case is hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this 16th day of May, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE